

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00370-CV

**AUTO SPIN USA, LP**,
Appellant

v.

Hooman **NISSANI**, Individually, Hooman Automotive Group, and Nissani Bros. Nissan,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI23348
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We order that appellees recover from appellant the costs they incurred related to this appeal.

SIGNED April 29, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice